JOSEPH W. CHARLES, ESQ #3038
5704 West Palmarie Avenue P.O. BOX 1737
Glendale, AZ 85311-1737
623-939-6546
623-939-6718 Fax
attyjcharles@joe charles.com
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MICHEL FREDERICK KAISER and<br>MARCIA LYNN KAISER,<br><br>Debtor(s). | Case No.2:09-bk-25074-EWH<br><br>Chapter 13 Proceeding<br><br>**OBJECTION TO PROOF OF CLAIM # 7 BY BAC HOME LOAN SERVICING, L.P. FKA COUNTYWIDE HOME LOANS SERVICING, L.P.** |

The Debtors MICHEL FREDERICK KAISER and MARCIA LYNN KAISER object to the Proof of Claim of BAC HOME LOAN SERVICING, L.P. FKA COUNTYWIDE HOME LOANS SERVICING, L.P. as filed on November 17, 2009 as the proof of claim:

1.) Is not shown to have proof of standing;

2.) The note and Deed of Trust list Paragon Home Lending, LLC as the note holder;

3.) There is no evidence of any transfer of that interest; and

4.) Federal Rules of Bankruptcy Procedure Rule 3001(c) requires creditors to file a writing with their proof of claim and Chase Home Finance, LLC has failed to do so.

THEREFORE, Debtors object to the proof of claim filed on behalf of BAC Home Loan Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. and asks that their claim be denied.

1

DATED this 21st day of December 2009.

JOSEPH W. CHARLES, P.C.

/s/ Joseph W. Charles
Joseph W. Charles
5704 W. Palmaire Avenue
P.O. Box 1737
Glendale, AZ 85311
Attorney for Debtors

COPY of the foregoing
Mailed this 21st day of
December 2009, to:

Mark Basco
Leonard J. McDonald
Tirrany & Basco, P.A.
2525 E. Camelback Road
Suite 300
Phoenix, AZ 85016

Russell A. Brown
3838 N. Central Ave
Suite 800
Phoenix, AZ 85012-1965
Trustee

  /s/ C. Short