# TIFFANY & BOSCO
#### P.A.

**2525 E. CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-26473/106595974

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Michel Frederick Kaiser and Marcia Lynn Kaiser<br><br>Debtors.<br>_____<br>BAC Home Loan Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.<br><br>Movant,<br>vs.<br><br>Michel Frederick Kaiser and Marcia Lynn Kaiser, Debtors; Russell A. Brown, Trustee.<br><br>Respondents. | No. 2:09-bk-25074-EWH<br><br>Chapter 13<br><br>RESPONSE TO OBJECTION TO PROOF OF CLAIM |

BAC Home Loan Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby responds to Debtors' Objection to the Proof of Claim filed by BAC Home Loan Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. as follows:

1. DENY OBJECTIONS 1-2: Respondents state that BAC Home Loans is not shown to have standing and the Note and Deed of Trust list Paragon Home Lending, LLC as the note holder. Respondents acknowledge BAC Home Loans Servicing as the creditor in the Debtor Schedules and Chapter 13 Plan and attached hereto and incorporated herein by this reference is Exhibit "A", a copy of the note which is endorsed to Countrywide Home Loans Servicing and Exhibit "B", a copy of the Certificate of Amendment to the Certificate of Limited Partnership.

2. DENY OBJECTION #3: Respondent states there is no evidence of any transfer of interest. Attached hereto and incorporated herein by this reference as Exhibit "C" is a copy of the MERS Exhibit listing BAC Home Loan Servicing, LP as the servicer.

3. DENY OBJECTION #4: Movant references Federal Rules of Bankruptcy Procedure Rule 3001( c ) which requires creditors to file a writing with its proof of claim and Chase Home Finance has failed to do so. As shown on the court docket the Deed of Trust and the Note were attached to the Proof of Claim 7-1. Chase Home Finance is not the servicer of this loan.

WHEREFORE, Secured Creditor requests this Court to overrule Debtors' Objection to the Proof of Claim filed by Joseph W. Charles, Esq. and requests that Debtors pay the correct arrearage amount as stated in Movant's Proof of Claim, along with interest at the Note Rate and the attorney's fees and costs

DATED this January 4, 2010.

                            Respectfully submitted,

                            TIFFANY & BOSCO, P.A.

                            BY   /s/ MSB # 010167
                                  Mark S. Bosco
                                  Leonard J. McDonald
                                  Attorneys for Movant

COPY of the foregoing mailed this
_____ of _____, 2010 to:

Michel Frederick Kaiser and Marcia Lynn Kaiser
16108 W. Madison Street
Goodyear, AZ 85338
Debtors'

Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311-1737
Attorney for Debtors

Russell A. Brown
3838 N. Central AveSuite 800
Phoenix, AZ 85012-1965
Trustee

BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.
7105 Corporate Drive Mail Stop PTX-209
Plano, TX75024
Movant

BY: Nicole Harrison