# Exhibit C



**1 record matched your search:**

MIN: 1002007-0000053141-9    Note Date: 12/02/2005    MIN Status: Active

Servicer:   BAC Home Loans Servicing, LP    Phone: (800) 669-6607
            Simi Valley, CA

Return to Search

For more information about MERS please go to www.mersinc.org

Copyright© 2006 by MERSCORP, Inc.